UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFTY GROUP, LLC,

       Plaintiff,

  v.

DTM LOUISIANA GATHERING, LLC,

       Defendant.

Case No. 2:25-cv-11297
Hon. Matthew F. Leitman

---

### ORDER GRANTING JOINT MOTION TO AMENDED SCHEDULING ORDER (ECF #14)

AND NOW, this 22nd day of December 2025, **IT IS HEREBY ORDERED** that the Case Management Requirements and Scheduling Order (ECF No. 13) is amended as follows:

The Parties shall complete fact discovery, including any ESI discovery, by **July 6, 2026**. All interrogatories, depositions, requests for admission, and requests for production of documents shall be served within sufficient time to allow responses to be completed prior to the close of discovery.

The amended scheduling order shall be as follows:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | July 6, 2026 |
| Rule 26(a)(2) Proponent Expert Disclosures | August 5, 2026 |
| Rule 26(a)(2) Rebuttal Expert Disclosures | September 2, 2026 |
| Expert Discovery Cutoff | October 5, 2026 |
| Dispositive Motions and Challenges to Experts | November 4, 2026 |
| Rule 26(a)(3) Pretrial Disclosures | January 25, 2027 |
| Motions *In Limine* | February 24, 2027  Response briefs due 10 days after filing, but not later than March 8, 2027.  Reply briefs due 5 days after responses are filed, but not later than March 15, 2027. |
| Final Pretrial Order | March 17, 2027 |
| Final Pretrial Conference | March 30, 2027, at 1:30 p.m. |
| Trial Date | April 12, 2027, at 9:00 a.m. |
| Estimated Length of Trial | 5 days |
| BENCH TRIAL | |

**IT IS FURTHER ORDERED** that all other provisions of the Case Management Requires and Scheduling Order shall remain in full force and effect.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 22, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 22, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
